1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-7124
   FAX: (415) 436-7169
7
   Attorneys for Defendants
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                          SAN JOSE DIVISION

12 MAXIM PARFENOV,                         )
                                           )  No. C 07-2554 HRL
13            Plaintiff,                   )
                                           )
14      v.                                 )
                                           )
15 Department of Homeland Security, MICHAEL)  **PARTIES' CONSENT TO MAGISTRATE**
   CHERTOFF, Secretary; United States      )  **JUDGE JURISDICTION**
16 Citizenship and Immigration Services,   )
   EMILIO T. GONZALEZ, Director; United    )
17 States Citizenship and Immigration Services, )
   ROSEMARY MELVILLE, District Director;   )
18 U.S. Attorney General, ALBERTO GONZALES; )
   Federal Bureau of Investigation, ROBERT S. )
19 MUELLER, III, Director,                 )
                                           )
20            Defendants.                  )
   _____)
21

22

23      In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, Plaintiff and

24 Defendants in this case hereby voluntarily consent to have a United States Magistrate Judge

25 conduct any and all further proceedings in the case, including trial, and order the entry of a final

26 judgment.

27 ///

28 ///

Consent to Magistrate Jurisdiction
C07-2554 HRL                                  1

| | | |
|---|---|---|
| 1 | Dated: June 28, 2007 | Respectfully submitted, |
| 2 | | SCOTT N. SCHOOLS |
| | | United States Attorney |
| 3 | | |
| 4 | | |
| 5 | | _____/s/_____ |
| | | ILA C. DEISS |
| | | Assistant United States Attorney |
| 6 | | Attorney for Defendants |
| 7 | | |
| 8 | Dated: June 28, 2007 | _____/s/_____ |
| | | MONICA KANE |
| 9 | | Attorney for Plaintiff |

Consent to Magistrate Jurisdiction
C07-2554 HRL                              2