1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-7124
   FAX: (415) 436-7169
7
   Attorneys for Defendants
8

9                  UNITED STATES DISTRICT COURT

10                NORTHERN DISTRICT OF CALIFORNIA

11                       SAN JOSE DIVISION

12 MAXIM PARFENOV,                )
                                  ) No. C 07-2554 HRL
13              Plaintiff,        )
                                  )
14      v.                        )
                                  )
15 Department of Homeland Security, MICHAEL ) **STIPULATION TO DISMISS; AND**
   CHERTOFF, Secretary; United States     ) **[PROPOSED] ORDER**
16 Citizenship and Immigration Services,   )
   EMILIO T. GONZALEZ, Director; United    )
17 States Citizenship and Immigration Services, )
   ROSEMARY MELVILLE, District Director;   )
18 U.S. Attorney General, ALBERTO GONZALES; )
   Federal Bureau of Investigation, ROBERT S. )
19 MUELLER, III, Director,                 )
                                           )
20              Defendants.                )
   _____)
21

22      Plaintiff, by and through his attorneys of record, and Defendants, by and through their

23 attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the

24 above-entitled action without prejudice in light of the fact that the United States Citizenship and

25 Immigration Services is now prepared to grant Plaintiff's application for naturalization and agrees

26 to do so within 30 days of the dismissal of this action.

27      Each of the parties shall bear their own costs and fees.

28 ///

Stipulation to Dismiss
C07-2554 HRL                         1

| | |
|---|---|
| 1  Dated: July 5, 2007 | Respectfully submitted, |
| 2 | SCOTT N. SCHOOLS<br>United States Attorney |

_____/s/_____
ILA C. DEISS
Assistant United States Attorney
Attorney for Defendants

Dated: July 5, 2007                                    _____/s/_____
                                                       MONICA KANE
                                                       Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:                                                  _____
                                                       HOWARD R. LLOYD
                                                       United States Magistrate Judge

Stipulation to Dismiss
C07-2554 HRL                                           2