1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909            **\*ORDER E-FILED:  7/10/2007\***
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-7124
      FAX: (415) 436-7169
7
   Attorneys for Defendants
8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                   SAN JOSE  DIVISION

12 MAXIM PARFENOV,                         )
                                           ) No. C 07-2554 HRL
13              Plaintiff,                 )
                                           )
14       v.                                )
                                           )
15 Department of Homeland Security, MICHAEL)   **STIPULATION TO DISMISS; AND**
   CHERTOFF, Secretary; United States      )   **[PROPOSED] ORDER**
16 Citizenship and Immigration Services,   )
   EMILIO T. GONZALEZ, Director; United    )
17 States Citizenship and Immigration Services,)
   ROSEMARY MELVILLE, District Director;   )
18 U.S. Attorney General, ALBERTO GONZALES;)
   Federal Bureau of Investigation, ROBERT S.)
19 MUELLER, III, Director,                 )
                                           )
20              Defendants.                )
   _____)
21

22       Plaintiff, by and through his attorneys of record, and Defendants, by and through their

23 attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the

24 above-entitled action without prejudice in light of the fact that the United States Citizenship and

25 Immigration Services is now prepared to grant Plaintiff's application for naturalization and agrees

26 to do so within 30 days of the dismissal of this action.

27       Each of the parties shall bear their own costs and fees.

28 ///

Stipulation to Dismiss
C07-2554 HRL                              1

1  Dated: July 5, 2007                             Respectfully submitted,

2                                                  SCOTT N. SCHOOLS
                                                   United States Attorney
3

4
                                                   _____/s/_____
5                                                  ILA C. DEISS
                                                   Assistant United States Attorney
6                                                  Attorney for Defendants

7

8  Dated: July 5, 2007                             _____/s/_____
                                                   MONICA KANE
9                                                  Attorney for Plaintiff

10

11
                                      **ORDER**
12
       Pursuant to stipulation, IT IS SO ORDERED.
13

14

15  Date:   July 10, 2007
                                                   _____
16                                                 HOWARD R. LLOYD
                                                   United States Magistrate Judge

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation to Dismiss
C07-2554 HRL                                2